United States District Court
Southern District of Texas
**ENTERED**
September 15, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| REGINALD TURON HILL, | § § | |
| Petitioner, | § § | |
| versus | § | CIVIL ACTION H-17-0245 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## Order of Adoption

On August 2, 2017, Magistrate Judge Stephen Wm. Smith issued an Amended Memorandum and Recommendation (21). Petitioner filed objections (22). The court adopts the Memorandum and Recommendation as its Memorandum and Order. Hill's petition is denied with prejudice.

Signed _09.15_, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge